# Court of Appeals
# of the State of Georgia

ATLANTA,  December 11, 2018

*The Court of Appeals hereby passes the following order:*

## A19D0197. JOHNTAVIS BAILEY v. THE STATE.

On November 15, 2018, Johntavis Bailey filed this application for discretionary appeal from the trial court's October 26, 2018 order denying his motion to vacate a void judgment.[1] As a threshold matter, we note that no provision of OCGA § 5-6-35, the discretionary appeal statute, appears to apply to the case at bar. Ordinarily, we will grant a timely application when the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j).  Here, however, the trial court's order is not subject to direct appeal.

The Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Accordingly, Bailey is not authorized to collaterally attack his conviction in this manner. See id.; *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009); *Matherlee v. State*, 303 Ga. App. 765, 766 (694 SE2d 665) (2010).

---

[1] Court of Appeals Rule 31 (e) requires applicants to include with their application a copy of the motion that led to the order to be appealed. Bailey has failed to include a copy of the motion in violation of this rule.

For the reasons set forth, this application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* <u> 12/11/2018 </u>
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

<u>   *Stephen E. Castlen*  </u>, *Clerk.*